**P SEND**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF | ☒ LA  ☐ RS  ☐ SA  ☒ UNDER SEAL<br>CASE NUMBER:  CR-05-1011<br>☐ COMPLAINT  ☐ OUT OF DISTRICT AFFIDAVIT<br>☒ INDICTMENT  ☐ INFORMATION<br>☐ SUMMONS  ☐ EXTRADITION<br>☐ PSA/PO WARRANT<br>☐ SUPER FAST TRACK (Class B Misdemeanor) |
| v.<br><br>Le Hua Wu<br><br>DEFENDANT. | FILED:  10-18-05<br>VIOLATION:  21:846<br><br>DATE:  11-18-05     TIME:  9:00<br>TAPE NUMBER: [illegible]  LA 11-18-05 |

| | |
|---|---|
| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE ___Block___ | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |

PRESENT: ___J. Dorado___     ___Jamu Guerrero___   ___Eddie Yip___  ___Mandann___
    *Deputy Clerk*           *Assistant U.S. Attorney*           *Interpreter / Language*

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is_____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: ___Bernard Rosen___   ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☐ DFPD ☒ Panel ☒ Poss. Contribution
   Ordered (see separate order)   ☐ Special appearance by:_____
☒ Government's request for detention is: ☐ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☒ CONTINUED
☒ Defendant is ordered: ☐ Permanently Detained   ☒ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the
   setting of further proceedings.
☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for
   the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☒ Post-Indictment Arraignment set for: _11-21-05_ (at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED   ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED
☐ Defendant executed Waiver of Rights.   ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed
   until _____
☒ Case continued to (Date) _Nov. 21, 2005_ (Time) _2:00_ ☐ AM / ☒ PM
   Type of Hearing: _Detention Hearing_ Before Judge _Hillman_ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom_____ ☒ Judge's Courtroom _5th floor_
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☒ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA      ☐ FINANCIAL NOV 23 2005      ☐ READY

cc: AUSA, Defendant's counsel               Deputy Clerk Initials _nd_
   ☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO                 00 : 10
   ORIGINAL -WHITE COPY    PINK- PIA CLERK     YELLOW - STATS    GREEN - CRD

G20  U S GPO 2005-785-504/39158